IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MALLORY M. CHARTRAW and<br>MARIA K. SIEMSEN,<br><br>    Defendants. | 4:25CR3078<br><br>INDICTMENT<br>21 U.S.C. § 846<br>21 U.S.C. §§ 841(a)(1), 841(b)(1) |

The Grand Jury charges that

## COUNT I

Beginning on or about February 1, 2022, and continuing to on or about April 8, 2025, in the District of Nebraska and elsewhere, the defendants, MALLORY M. CHARTRAW and MARIA K. SIEMSEN knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

Between or about April 7, 2025, and continuing to on or about April 8, 2025, in the District of Nebraska, Defendants MALLORY CHARTRAW and MARIA SIEMSEN, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

1

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about March 14, 2025, in the District of Nebraska, Defendant, MARIA K. SIEMSEN, did knowingly and intentionally distribute a detectable amount of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT IV

On or about March 27, 2025, in the District of Nebraska, Defendant, MARIA K. SIEMSEN, did knowingly and intentionally distribute a detectable amount of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT V

On or about April 1, 2025, in the District of Nebraska, Defendant, MARIA K. SIEMSEN, did knowingly and intentionally distribute a detectable amount of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: _____
LESLEY A. WOODS, TX #24092092
United States Attorney